UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAMON SMITH                                         CIVIL ACTION

versus                                              NO. 09-3791

TERRY TERRELL, WARDEN                               SECTION: "A" (1)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Damon Smith** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  7th  day of    December   , 2009.

UNITED STATES DISTRICT JUDGE